AO 442

# United States District Court

**SEALED**

DISTRICT OF UTAH - CENTRAL DIVISION

FILED
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**Jacob Meeks**

2017 FEB -8  D 3:36  **WARRANT FOR ARREST**

DISTRICT OF UTAH

BY: _____
　　　DEPUTY CLERK

CASE NUMBER: 2:17-CR-00079-001-JNP

To: The United States Marshal
and any Authorized United States Officer

**ORIGINAL**

YOU ARE HEREBY COMMANDED to arrest　　　**JACOB MEEKS**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment　　[ ] Superseding Indictment　　[ ] Information　　[ ] Superseding Information
[ ] Complaint　　[ ] Order of court　　[ ] Violation Notice　　[ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Receipt of Child Pornography; Possession of Child Pornography**

DISTRICT OF UTAH
17 FEB -2 AM 11:18
RECEIVED
UNITED STATES MARSHAL

in violation of  **18:2252A(a)(2)(A) and (b)(1); 18:2252A(a)(5)(B) and (b)(2)**　　　　　　　　　　　　United States Code.

D. Mark Jones　　　　　　　　　　　　　　　　　　Clerk of Court
Name of Issuing Officer　　　　　　　　　　　　　Title of Issuing Officer

_[signature]_　　　　　　　　　　　　　　　　　　February 2, 2017 at Salt Lake City, Utah
Signature of Issuing Officer　　　　　　　　　　　Date and Location

By:　Jeff Taylor, Deputy Clerk
　　　Deputy Court Clerk

Bail fixed _____ by _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 02/02/2017 | NAME AND TITLE OF ARRESTING OFFICER Jennifer Fischer FBI Special Agent | SIGNATURE OF ARRESTING OFFICER _[signature] Jenf Fischer_ |
|---|---|---|
| DATE OF ARREST 02/03/2017 | | |