UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

# Report on Person Under Supervision

Name of Person: **Jacob Meeks**                                   Docket Number:   **2:17CR00079-001**

Name of Sentencing Judicial Officer:        **Honorable Jill N. Parrish**
**U.S. District Judge**

Date of Original Sentence:    **June 7, 2018**
Original Offense:     **Possession of Child Pornography**
Original Sentence:    **Time Served/20 Years of Supervised Release**

Type of Supervision:   **Supervised Release**            Current Supervision Began: **June 7, 2018**

## NON-COMPLIANCE SUMMARY

| Date of Non-compliance | Nature of Non-compliance |
|---|---|
| December 31, 2024 | The person under supervision failed to complete his/her community service hours as directed by the Court. |

**Proposed Controlling Interventions:**
**Deliver Oral Reprimand**

**Proposed Correcting Interventions:**
**Review Conditions**
**Establish Deadline**

Justification:
The defendant was ordered to complete 500 hours of community service within five years from the commencement of supervised release. The deadline to complete these hours was June 7, 2024. Due to the inability to complete community service hours during the COVID pandemic, the Court agreed to an extension of the deadline to December 31, 2024. At this time, the defendant has completed 430 hours. This officer respectfully requests that the deadline be extended to June 1, 2025. The defendant is confident in his ability to complete the remaining community service hours by this date.

Jacob Meeks has been advised that continued non-compliance will result in further sanctions and/or the Court being petitioned to revoke their term of supervision.

If the Court desires more information or another course of action, please contact me at 435-239-5669.

I declare under penalty of perjury that the foregoing is true and correct.

_____  
by Clifford Hamilton  
U.S. Probation Officer  
435-239-5669

---

**THE COURT:**

☒ Approves the proposed interventions noted above  
☐ Denies the proposed interventions noted above  
☐ Other

_____  
Honorable Jill N. Parrish  
United States District Judge

Date: 1/17/2025